UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LON ALLEN CLARK,

Plaintiff,

v.

CORY MCCORMICK, et al.,

Defendants.

Case No. 3:24-cv-00163-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Lon Allen Clark brings this case against Defendant Cory McCormick, Las Vegas Metropolitan Police Department, the City of Las Vegas, and the State of Nevada for various claims related to his arrest and detention. (ECF No. 8.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) screening the First Amended Complaint (FAC) (ECF No. 12) and recommending that it be dismissed with prejudice and without leave to amend for failure to bring his claims within the statute of limitations. (ECF No. 17.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Mr. Clark has not objected to Judge Baldwin's R&R, and his time to do so has now expired. (ECF No. 17.) Judge Baldwin recommends dismissing the FAC because all section 1983 suits must be brought within a State's statute of limitations of personal injury actions, *see Nance v. Ward*, 597 U.S. 159, 174 (2022), and Mr. Clark's allegations of violations of his civil rights occurred outside of this window. The Court agrees with Judge Baldwin's reasoning and adopts her

1

R&R in full.

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 17) is ADOPTED in full.

It is further ordered that Mr. Clark's FAC is DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.

It is further kindly ordered that the Clerk ENTER JUDGMENT and CLOSE this case.

Dated this 24th day of June, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2